UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------

J & J SPORTS PRODUCTIONS, INC.,
as Broadcast Licensee of the **May 28, 2005**
**CHAVEZ/ROBINSON** Program,

                           Plaintiff,

     -against-

**BASILIO C. LLENAS, Individually, and d/b/a FERNANDEZ GROCERY STORE a/k/a FERNANDEZ GROCERY, and FERNANDEZ GROCERY STORE a/k/a FERNANDEZ GROCERY,**
                      Defendants.
-------------------------------------------------------------

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ MAR 30 2006 ★

BROOKLYN OFFICE

**DEFAULT JUDGMENT**
Civil Action No. CV-05-5369-JBW-JMA
Hon. Jack B. Weinstein

The Summons and Complaint in this action having been duly served upon the Defendants, **BASILIO C. LLENAS, Individually, and d/b/a FERNANDEZ GROCERY STORE a/k/a FERNANDEZ GROCERY, and FERNANDEZ GROCERY STORE a/k/a FERNANDEZ GROCERY**, on December 1, 2005, and said Defendants having failed to plead or otherwise appear in this action,

NOW, on motion of JULIE COHEN LONSTEIN, of counsel to LONSTEIN LAW OFFICE P.C., attorneys for the Plaintiff, it is hereby

        **ORDERED, ADJUDGED AND DECREED** that Defendant, any of his servants, employees, agents, persons acting in concert with him or acting on his behalf are hereby permanently enjoined and restrained from engaging in the unauthorized reception and interception, whether by air or cable, of Plaintiff's programming, signals or services, or in aiding and abetting any such acts, and are hereby permanently enjoined and restrained from connecting to, attaching, splicing into, tampering with or in any way using Plaintiff's cable wiring without Plaintiff's authorization, and are hereby permanently enjoined and restrained from manufacturing, selling, purchasing, obtaining, using, or possessing any device or equipment capable of unscrambling, intercepting, receiving, decoding, transmitting, providing, or making available all or part of Plaintiff's programming or services without Plaintiff's express authorization, it is further,



**ORDERED AND ADJUDGED** that J & J Sports Productions, Inc., the Plaintiff, does recover jointly and severally of, **BASILIO C. LLENAS, Individually,**

1) under 605(e)(3)(C)(i)(II) in the sum of TEN THOUSAND DOLLARS ($10,000.00)

2) and under 605(e)(3)(C)(ii) a sum of ONE HUNDRED THOUSAND DOLLARS ($100,000.00) for enhanced damages for Defendant's willful violation of 605(a)

3) and under 605(e)(3)(B)(iii) costs and Attorney fees of NINE HUNDRED AND TWENTY SIX ($926) DOLLARS

and it is further

**ORDERED AND ADJUDGED** that J & J Sports Productions, Inc., the Plaintiff, does recover jointly and severally of **FERNANDEZ GROCERY STORE a/k/a FERNANDEZ GROCERY**

1) under 605(e)(3)(C)(i)(II) in the sum of TEN THOUSAND DOLLARS ($10,000.00)

2) and under 605(e)(3)(C)(ii) a sum of ONE HUNDRED THOUSAND DOLLARS ($100,000.00) for increased damages for Defendant's willful violation of 605(a)

3) and under 605(e)(3)(B)(iii) costs and Attorney fees of NINE HUNDRED AND TWENTY SIX ($926) DOLLARS

and it is further

**ORDERED AND ADJUDGED** that pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, there is no just reason for delay in this Default Judgment as the interest of justice require the issuance of judgment as requested without further delay.

Dated: 3/21, 2006

HONORABLE JACK B. WEINSTEIN
United States District Judge